DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COMMERCE LIMITED PARTNERSHIP #9229**,
Appellant,

v.

**TONY POUTOUS**,
Appellee.

No. 4D18-2801

[May 2, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 062018CA007659AXXXCE.

Jonathan R. O'Boyle of The O'Boyle Law Firm, Deerfield Beach, for appellant.

Kunal A. Mirchandani of Klein Law Group, PA, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***